IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr353

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| LUCIO LNU (6) ) | |
| NIKO LNU (8) ) | |
| GEOVANI LNU (9) ) | |
| MARIO LNU (11) ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss the indictment as to the above-named defendants without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 185).

**IT IS, THEREFORE, ORDERED** that the government is granted leave to dismiss the indictment as to the above-named defendants without prejudice.

The Clerk is directed to certify copies of this order to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: March 27, 2008

Robert J. Conrad, Jr.
Chief United States District Judge